```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 30 APR 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESKA SAND, CHRISTOPHER SCHIFFER, PATRIZZA JIMENEZ, CAROLINA KORTH, and JESSICA LLONCH on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

STEVEN GREENBERG and 230FA LLC d/b/a/ 230 FIFTH AVENUE and 230 FIFTH AVENUE ROOFTOP GARDEN,

Defendants.

ECF CASE

08 Civ. 7840 (PAC)

[PROPOSED] REVISED SCHEDULING ORDER

IT IS HEREBY ORDERED THAT:

1. Defendants shall produce all outstanding documents on a rolling basis and complete their production by May 20, 2009. This includes, but is not limited to, electronic time data, electronic pay data, electronic tipping records, surveillance tapes, personnel files, work schedules, bottle service documents, random sampling of 5 private party contract files per month, and any other documents requested in Plaintiffs' First Set of Document Requests and Plaintiffs' First Set of Interrogatories. Defendants will commence their production of responsive emails by this date and, if necessary will continue to produce responsive emails on a rolling basis thereafter, with the understanding that the production of emails shall be complete by May 27, 2009.

2. Defendants shall produce witness(es) for the two Rule 30(b)(6) deposition(s) on June 2, 2009. If 30(b)(6) depositions are not completed that day, they will continue the next day. By May 1, 2009, the parties will agree to a schedule for manager and Plaintiff depositions to begin after June 2, 2009.

3. Defendants shall amend their Rule 26(a)(1) Initial Disclosures by May 1, 2009.

Dated: New York, New York
       April 30, 2009

SO ORDERED
_____
U.S.D.J.

NY1 429722v1 04/28/09
NY1 429845v1 04/29/09