```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 23, 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Jeska Sand et al., on behalf of themselves
and all others similarly situated,

                Plaintiffs,               08 Civ. 7840 (PAC)(RLE)

    -against-                         ORDER

Steven Greenberg, et al.,

                Defendants.
-----------------------------------------------------------X

    HONORABLE PAUL A. CROTTY, United States District Judge:

    The Court has considered two letters from Defendants, both dated June 22, 2009, in which Defendants request that the Court (1) grant them leave to take up to 40 additional depositions of opt-in Plaintiffs in this matter; and (2) compel all opt-in Plaintiffs to provide individualized responses to Defendants' discovery requests, which consist of 15 interrogatories and 142 requests for documents. The Court has also considered a letter from Plaintiffs dated July 1, 2009, which opposes both of Defendants' requests.

    The Court grants Defendants leave to take 10 additional depositions of opt-in Plaintiffs. The deponents should be selected on a representative basis by job category. Each deposition should last no more than seven hours and questions should be limited to areas relevant to the instant dispute.

    The Court strikes Defendants' current discovery requests on the grounds that they are overbroad, burdensome, and counterproductive to achieving the efficient resolution of this matter. See, e.g., Ke v. 85 Fourth Ave. Inc., No. 07 Civ. 6897 (BSJ)(JCF), 2009 WL 1058627, at *4 (S.D.N.Y. Apr. 20, 2009) (denying the defendants' request for "other

documents...that would evidence Plaintiffs' other income and/or employment" on the grounds that "the burden of this discovery far outweighs its likely benefit"); Chen v. Republic Rest. Corp., No. 07 Civ. 3307 (LTS)(RLE), 2008 WL 793686, at *1-*3 (S.D.N.Y. Mar. 26, 2008) (denying the defendants' request for the plaintiffs' tax returns on the grounds that these were irrelevant to and unnecessary for the resolution of the matter). The Court grants Defendants leave to submit amended discovery requests that are narrowly tailored to elicit information that is relevant to Plaintiffs' wage-and-hour claims and Defendants' defenses. If Plaintiffs further dispute Defendants' amended discovery requests, they should notify the Court, which shall resolve the dispute promptly.

To the extent this Order affects the parties' abilities to comply with the current discovery deadline of August 17, 2009, the parties should meet and confer and submit a revised discovery schedule for Court approval.

Dated: New York, New York
       July 23 2009

SO ORDERED

/s/ Paul A. Crotty
PAUL A. CROTTY
United States District Judge