# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Samuel R. Miller
Paul W. Mollica
Piper Hoffman
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cara E. Greene
Mariko Hirose
Sonia R. Lin
Jennifer Liu
Seth M. Marnin
Ossai Miazad
Melissa Pierre-Louis
Sandra Pullman
Lauren Schwartzreich
Michael Scimone
Dana Sussman
Juno Turner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 14 APR 2011

April 13, 2011

**Via Fax**
Honorable Paul A. Crotty
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007-1312

Re: *Sand v. Greenberg*, 08 Civ. 7840 (PAC)

Dear Judge Crotty:

We represent Plaintiffs in the above-referenced matter. We are pleased to inform the Court that the parties have agreed on the material terms of a settlement of the fee dispute in this matter, subject to Defendants' final review of Plaintiffs' time records.

In order to give Defendants time to conduct their review and the parties time to memorialize the agreement, the parties respectfully request that the Court adjourn the briefing schedule for Plaintiffs' fee petition *sine die*. Should the settlement fall through, the parties will contact the Court to request a new briefing schedule. If the agreement is finalized, Plaintiffs will move for Court approval of the fee settlement in advance of the October 5, 2011 final approval hearing.

This request does not affect any other deadlines. This is the first request for an extension of this deadline. Defendants consent to this request. We thank the Court for its attention.

Respectfully submitted,

Justin M. Swartz

cc: William J. Schwartz, Esq. (by email)
Carolyn D. Richmond, Esq. (by email)

**MEMO ENDORSED**

SO ORDERED: 14 APR 2011

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

3 Park Avenue, 29th Floor New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
191 Post Road West, Westport, CT 06880   Tel 203-363-7888   Fax 203-363-0333
og@outtengolden.com   www.outtengolden.com

