Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 14 SEP 2011

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Samuel R. Miller
Paul W. Mollica

Reena Arora
Delyanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cyrus Dugger
Cara E. Greene
Mariko Hirose
Seth M. Marnin
Ossai Miazad
Carmel Mushin
Melissa Pierre-Louis
Sandra Pullman
Lauren Schwartzreich
Michael Scimone
Dana Sussman
Amber Trzinski
Juno Turner
Elizabeth Wagoner

September 15, 2011

**Via E-mail**
The Honorable Paul A. Crotty
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007-1312

Re: *Sand v. Greenberg*, 08-7840 (PAC)

Dear Judge Crotty:

We are class counsel in the above-referenced matter. We write to respectfully request a brief extension of Plaintiffs' deadline to file their motion for final approval of the Offer of Judgment from Friday, September 16, 2011, to Wednesday, September 21, 2011. The proposed revised deadline is two weeks prior to the fairness hearing scheduled to take place on October 5, 2011. Defendants consent to the extension.

We thank the Court for its consideration of Plaintiffs' request.

Respectfully submitted,

*Rachel B*

Rachel Bien

cc: Carolyn Richmond, Esq. (by email)
Eli Z. Freedberg, Esq. (by email)
Justin M. Swartz, Esq.

**MEMO ENDORSED**

**14 SEP 2011**

SO ORDERED:

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

3 Park Avenue, 29th Floor, New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
6 Landmark Square, Suite 400, Stamford, CT 06901   Tel 203-363-7888   Fax 203-363-0333
og@outtengolden.com   www.outtengolden.com